# United States Court of Appeals for the Federal Circuit

.

November 30, 2007

ERRATA

Appeal No. 2006-1591

<u>Samuel Aaron, Inc. v. United States</u>

Decided: November 16, 2007                    Precedential Opinion

On Page 3, line 15, replace "April 30, 1998" with "April 30, 1999."

On Page 5, lines 16-18, replace "An importer has ninety days from the notice of reliquidation in which to file a protest, after which time the reliquidation is final and conclusive" with "When the imports in this case were liquidated, an importer had ninety days from the notice of reliquidation in which to file a protest, after which time the reliquidation was final and conclusive."